No. 02–10344.  BROWN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 02–10345.  MALDONADO *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 02–10350.  STRINGER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–10353.  ROSE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–10354.  BUTRON-PONCE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–10356.  ACOSTA-OLVERA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10358.  MOLLOY *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 02–10359.  PAULA-MARTES, AKA VARGAS-DE JESUS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10361.  LATHERN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 02–10362.  LIPSCOMB *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 02–10363.  MOSS *v.* UNITED STATES; and
No. 02–10406.  TAYLOR *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 02–10364.  SINGH *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–10365.  ROSAS-RESENDIZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10367.  BARAJAS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–10371.  GAMEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.